164 So.2d 350

**STATE of Louisiana et al.**

**v.**

**Ernest COCKRELL et al.**

**No. 47241.**

May 27, 1964.

In re: State of Louisiana and Gulf Oil Corporation applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of St. Mary, 162 So.2d 361.

Writ refused. On the facts found by the Court of Appeal we find no error of law in the judgment complained of.

164 So.2d 350

**Henry E. NEUBERGER, Natural Tutor of the Minor, Michael E. Neuberger,**

**v.**

**STATE of Louisiana, through the DEPARTMENT OF HIGHWAYS.**

**No. 47245.**

May 27, 1964.

In re: State of Louisiana, through the Department of Highways, applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 162 So.2d 183.

Writ refused. On the facts found by the Court of Appeal there appears no error of law in its judgment.